IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | No. 3:13-00053 Chief Judge Haynes |
| v. | ) ) | |
| WALTER LEWIS GLENN, | ) ) | |
| Defendant. | ) ) | |

## ORDER

Pursuant to the Order on Intercircuit Assignment, this action is **TRANSFERRED** to the Honorable Marvin E. Aspen, Senior Judge of the United States District Court for the Northern District of Illinois, for all proceedings.

It is so **ORDERED**.

ENTERED this the ___ day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court