UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | 3:13 CR 00053-1 |
| WALTER LEWIS GLENN, | ) | Judge Marvin E. Aspen |
| | ) | |
| Defendant. | ) | |

**ORDER**

As indicated in the reassignment order dated April 4, 2014, I have accepted reassignment of this case for trial in Nashville. A final pretrial conference will be held on Tuesday, April 29, 2014 at 9:30 a.m. Trial shall begin immediately thereafter.

In preparation for trial, the parties shall submit certain pretrial materials on or before April 15, 2014. By that date, the parties shall submit proposed voir dire questions, proposed jury instructions, and a joint statement of the nature of the case (not to exceed one page) to be read to the prospective jurors by the Court at voir dire. If the parties cannot agree on the joint statement, separate statements may be filed and served by April 15, 2014. Written grounds for objections to any voir dire questions and/or jury instructions shall be filed and served on or before April 22, 2014.

In addition, the parties shall file exhibit and witness lists, identifying all evidence they intend to introduce, on April 22, 2014. The parties at that time shall file any stipulations of fact or law, as well as stipulations regarding the admissibility of potential exhibits or witness testimony. The parties shall also indicate the anticipated length of the trial and the preferred number of alternate jurors.

Motions in limine shall be filed on or by April 15, 2014, with responses due

April 22, 2014. On April 25, 2014, the parties shall file a joint proposed verdict form. If the parties cannot agree on a joint verdict form, separate forms shall be filed and served on or before April 25, 2014.

All of the above filings should be filed electronically via CM/ECF. On the date of these filings, the parties shall also fax a copy thereof to the Court's chambers (312-554-8515). In the unlikely event that the filings would generate a fax exceeding 40 pages in length, the parties shall simply fax a notice to chambers indicating that the filings were submitted via CM/ECF as instructed.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:    Chicago, Illinois
          April 4, 2014