UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | 3:13 CR 00053-1 |
| WALTER LEWIS GLENN, | ) | Judge Marvin E. Aspen |
| | ) | |
| Defendant. | ) | |

**ORDER**

We received defense counsel's motion for a continuance (Dkt. No. 27). The motion is hereby granted. The April 29, 2014 trial date is stricken, along with all deadlines for the filing of pretrial materials.

A preliminary pretrial conference will be held on Tuesday, April 29, 2014 at 9:30 a.m. At the conference, we will set a new trial date.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:   Chicago, Illinois
         April 4, 2014