UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | 3:13 CR 00053-1 |
| WALTER LEWIS GLENN, | ) | Judge Marvin E. Aspen |
| | ) | |
| Defendant. | ) | |

**ORDER**

On July 11, 2014, Defendant filed a Motion to Dismiss (Dkt. No. 53) and a Motion for Disclosure and Preservation (Dkt. No. 54). The Government shall file responses to both motions on or by Friday, July 18, 2014. Defendant may file reply briefs no later than Tuesday, July 22, 2014.

As previously ordered, responses to pending motions in limine shall be filed on or by July 18, 2014.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:   Chicago, Illinois
         July 14, 2014