# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | 3:13 CR 00053-1 |
| WALTER LEWIS GLENN, ) | Judge Marvin E. Aspen |
| ) | |
| Defendant. ) | |

## ORDER

We received defense counsel's motions for leave to file two documents under seal. (Dkt. Nos. 62, 64). These two motions, as well as the underlying ex parte motion, Docket Number 63, are hereby granted.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:    Chicago, Illinois
          August 11, 2014