UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES

v.

WALTER LEWIS GLENN

No. 3:13-cr-00053
JUDGE MARVIN E. ASPEN

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. Walter Lewis Glenn, DOB \*\*/\*\*/1954, TOMIS ID 00480777 is, in due form and process of law, confined in the custody of the Charles Bass Correctional Complex, 7177 Cockrill Bend Boulevard, Nashville, Tennessee 37243.

2. Said individual has been charged by Indictment in Case Number 3:13-cr-00053 and is needed for the purpose of Trial before United States District Court Judge Marvin E. Aspen, in the United States District Court for the Middle District of Tennessee on September 3, 2014 at 9:00 a.m. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: August 20, 2014

s/William F. Abely
William F. Abely
Assistant United States Attorney
Petitioner

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: United States Marshal, Middle District of Tennessee
Charles Bass Correctional Complex, 7177 Cockrill Bend Boulevard
Nashville, Tennessee 37243

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought the body of Walter Lewis Glenn, DOB \*\*/\*\*/1954, TOMIS ID 00480777, now confined in the custody of the Charles Bass Correctional Complex, 7177 Cockrill Bend Boulevard, Nashville, Tennessee 37243, to the United States Courthouse at 110 9th Avenue South in Nashville, Tennessee on September 3, 2014 at 9:00 a.m. for the purpose of trial before United States District Court Judge Marvin E. Aspen and, unless otherwise ordered, for all other necessary proceedings in this case. The defendant's appearance in this Court shall not interfere with any proceedings currently scheduled for the defendant in the defendant's state criminal case.

WITNESS, the Honorable Marvin E. Aspen, United States District Judge.

DATED: 8/21/14

By: _____
MARVIN E. ASPEN
United States District Court Judge