UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | 3:13 CR 00053-1 |
| WALTER LEWIS GLENN, | ) | Judge Marvin E. Aspen |
| | ) | |
| Defendant. | ) | |

## ORDER

We have reviewed and hereby grant the Government's motion to dismiss Counts Two and Four of the Indictment. Trial shall proceed next Wednesday, September 3, 2014, as to Counts One and Three only.

We also reviewed and hereby grant Glenn's unopposed motion for an extension of time to file proposed limiting instructions. Glenn may submit his proposed instructions on or by August 26, 2014 and the Government may object on or by August 27, 2014.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:   Chicago, Illinois
         August 25, 2014