UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | 3:13 CR 00053-1 |
| WALTER LEWIS GLENN, ) | Judge Marvin E. Aspen |
| ) | |
| Defendant. ) | |

**ORDER**

As stated in open court today, the sentencing hearing for Defendant Walter Lewis Glenn will take place on December 9, 2014 at 10:00 a.m., in Courtroom 783.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated:    Nashville, Tennessee
          September 3, 2014