UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) 3:13 CR 00053-1 |
| WALTER LEWIS GLENN, | ) Judge Marvin E. Aspen |
| | ) |
| Defendant. | ) |

**ORDER**

We hereby strike the sentencing hearing set for December 9, 2014 in this matter. The sentencing hearing for Defendant Walter Lewis Glenn will take place on December 17, 2014 at 9:30 a.m., in Courtroom 783.

SO ORDERED:

_____
Marvin E. Aspen
United States District Judge

Dated: September 29, 2014
Chicago, Illinois